|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STANFORD HOSPITAL & CLINICS, | Case No. 5:11-cv-05617-PSG |
|---|---|
| Plaintiff, | Magistrate Judge Paul S. Grewal |
| vs. | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| THE MEGA LIFE HEALTH AND INSURANCE COMPANY, and DOES 1 through 25 inclusive, |   |
|   | Action filed:    August 31, 2011 |
| Defendants. |   |

The Court approves the parties' stipulation and orders that this entire action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  December 8, 2011

By: _____*Paul S. Grewal*_____
United States Magistrate Judge

Respectfully submitted by:

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. 66585)
E-mail:  mlevy@manatt.com
JOSEPH E. LASKA (Bar No. 221055)
E-mail:  jlaska@manatt.com
11355 West Olympic Boulevard
Los Angeles, California  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Defendant*
THE MEGA LIFE AND HEALTH INSURANCE COMPANY, erroneously sued as "THE MEGA LIFE HEALTH AND INSURANCE COMPANY"

STEPHENSON, ACQUISTO & COLMAN
MICHAEL S. ROBINSON (Bar No. 217190)
Email:  mrobinson@sacfirm.com
303 N. Glenoaks Boulevard, Suite 700
Burbank, California  91502
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

*Attorneys for Plaintiff*
STANFORD HOSPITAL & CLINICS

---

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

301093574.1

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE